SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRACEY MCGIVNEY, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br><br> Defendants. | Case No.: 4:17-cv-00346-SBA <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tracey McGivney and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: March 16, 2017        Sagaria Law, P.C.

                             By:     */s/ Elliot W. Gale*
                                      Elliot W. Gale
                             Attorneys for Plaintiff
                             Tracey McGivney

DATED: March 16, 2017        Severson & Werson APC

                             By:     */s/ Alisa Givental*
                                      Alisa Givental
                             Attorneys for Defendant
                             Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*

## ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 16, 2017                *[signature]*

                                     SAUNDRA BROWN ARMSTRONG
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT WELLS FARGO; ~~PROPOSED~~ ORDER - 2