1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Tracey McGivney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TRACEY MCGIVNEY, | Case No.: 4:17-cv-00346-SBA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tracey McGivney and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

| | | |
|---|---|---|
| DATED: October 16, 2017 | | **Sagaria Law, P.C.** |
| | By: | /s/ Elliot Gale |
| | | Elliot Gale |
| | | Attorney for Plaintiff Tracey McGivney |

DATED: October 16, 2017                **Jones Day**

                            By:   /s/ Benjamin Chung Lee
                                      Benjamin Chung Lee
                                      Attorney for Defendant Experian
                                      Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

/s/ Elliot Gale

## [~~PROPOSED~~] ORDER

      Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

      IT IS SO ORDERED.

DATED:   10/17/2017                 _[signature]_
                                                        Hon. Saundra Brown Armstrong
                                                        UNITED STATES DISTRICT JUDGE